UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> EML, LLC, a Delaware Limited Liability Company; HAFSA CORPORATION, a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: CV 21-1202-GW-JEMx <br><br> **ORDER** |

## ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets an Order to Show re: Settlement Hearing for January 10, 2022 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a stipulation to dismiss, is filed by noon on January 7, 2022.

**IT IS SO ORDERED.**

Dated: November 8, 2021   _____
HONORABLE GEORGE H. WU
United States District Judge